DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUSSELL W. CHITTENDEN
Assistant United States Attorney
California State Bar No. 112613
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2444
    Facsimile: (213) 894-7327
    russell.chittenden@usdoj.gov

Attorneys for Plaintiff
Elaine L. Chao, Secretary of Labor

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>    v.<br><br>AMALGAMATED INDUSTRIAL WORKERS UNION OF THE NATIONAL FEDERATION OF INDEPENDENT UNIONS,<br><br>    Defendant. | NO. CV 05-5501 GAF (Ex)<br><br>SETTLEMENT STIPULATION; [PROPOSED] ORDER THEREON |

    It is hereby stipulated by the parties, through their undersigned counsel, as follow:

    1. Plaintiff Secretary of Labor brought this action under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §§ 481-484,

-1-

hereinafter referred to as the Act, to set aside the defendant Amalgamated Industrial Workers Union of the National Federation of Independent Unions' ("AIWU") August 21, 2004, which election was subject to the provisions of Title IV of the Act (29 U.S.C. § 481, et seq.).

2. Plaintiff Secretary of Labor alleges that defendant AIWU violated the Act because it failed to conduct a direct election of officers by secret ballot vote of its members every three years as required for a local labor organization by section 401(b) of the Act. 29 U.S.C. § 481(b). Instead, defendant AIWU elected its officers every five years at a convention of delegates as permitted for national labor organizations under section 401(a) of the Act. 29 U.S.C. § 482(a).

3. The parties, in settlement of this action, hereby stipulate and agree that the defendant AIWU shall conduct, under the supervision of the plaintiff Secretary of Labor, an election of officers under AIWU's newly adopted Constitution in which AIWU reorganized itself as a local union, to be completed by June 30, 2006.

4. Defendant AIWU enters into this Stipulation of Settlement in order to avoid and save the costs and burdens of further protracted litigation. Defendant AIWU denies any wrongdoing in connection with any matter in litigation.

5. All decisions as to the interpretation or application of Title IV of the Act, and the bylaws and constitution of the defendant relating to the supervised election, are to be determined by the Plaintiff Secretary of Labor subject to challenge in this Court. All complaints and challenges including post-election challenges regarding the conduct of this supervised election shall be directed to the Election Supervisor, c/o Jeffrey Gitomer, District Director, Office of Labor

1  Management Standards, 915 Wilshire Boulevard, Suite 910, Los Angeles,
2  California 90017.
3      6. The Court shall retain jurisdiction of this action after completion of the
4  supervised election and throughout the certification process. Plaintiff Secretary of
5  Labor shall certify to the Court the names of the persons so elected and that such
6  election was conducted in accordance with Title IV of the Act, and insofar as
7  lawful and practicable, in accordance with the provisions of the constitution and
8  bylaws of the defendant AIWU. Upon approval of such certification, the Court
9  shall enter a judgment declaring that such persons have been elected as shown by
10 such certification to serve as the duly elected officers of defendant AIWU and
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///

further providing that each party shall bear its own costs, fees and other expenses incurred by such party in connection with any stage of this proceeding.

DATED: February 21, 2006

DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

*/s/ Russell W. Chittenden*
RUSSELL W. CHITTENDEN
Assistant United States Attorney

Attorneys for Plaintiff
Elaine L. Chao, Secretary of Labor

DATED: February 20, 2006

NEVIN & ABSALOM

*/s/ Kenneth C. Absalom*
KENNETH C. ABSALOM

Attorneys for Defendant
Amalgamated Industrial Workers Union of the National Federation of Independent Unions

ORDER

IT IS SO ORDERED.

DATED: 2/23/06

*/s/*
UNITED STATES DISTRICT JUDGE

-4-