

DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUSSELL W. CHITTENDEN
Assistant United States Attorney
California State Bar No. 112613
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2444
    Facsimile: (213) 894-7327
    russell.chittenden@usdoj.gov

Attorneys for Plaintiff
Elaine L. Chao, Secretary of Labor

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | NO. CV 05-5501 GAF (Ex) |
| Plaintiff, | [PROPOSED] FINAL JUDGMENT |
| v. | |
| AMALGAMATED INDUSTRIAL WORKERS UNION OF THE NATIONAL FEDERATION OF INDEPENDENT UNIONS, | |
| Defendant. | |

-1-

It appearing to the Court, after considering the parties' Settlement Stipulation and Order entered by the Court herein on February 24, 2006 and the motion for entry of final judgment filed herein by plaintiff Elaine L. Chao, Secretary of Labor (the Secretary); that defendant Amalgamated Industrial Workers Union of the National Federation of Independent Unions ("AIWU") conducted a new election of officers under the supervision of the plaintiff; that the Secretary has filed a Certification of Election, certifying that such new election was conducted in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. 481, et seq.), and in conformity with the Constitution and By-Laws of the defendant AIWU so far as lawful and practicable; and that all protests to the supervised election have been resolved by the Secretary as detailed in the attached Certification;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the persons named in the Certification of Election are the duly elected officers of the defendant labor organization, Amalgamated Industrial Workers Union of the National Federation of Independent Unions, to serve for a full constitutional term of office.

///

///

///

///

///

///

IT IS HEREBY FURTHER ORDERED that each party shall bear its own costs, fees and other expenses incurred by such party in connection with any stage of this proceeding.

DATED: December 5, 2006.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

_____
RUSSELL W. CHITTENDEN
Assistant United States Attorney

Attorneys for ~~Defendant~~ Plaintiff
Elaine L. Chao, Secretary of Labor

-3-

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On November 9, 2006, I served [PROPOSED] FINAL JUDGMENT on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: November 9, 2006. Place of mailing: LOS ANGELES, CALIFORNIA. **Person(s) and/or Entity(ies) to Whom mailed:**

> Kenneth C. Absalom
> Nevin & Absalom
> 22 Battery Street, Suite 333
> San Francisco, CA 94111

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: November 9, 2006 at Los Angeles, California.

Olivia Murillo